# ANDERSEN | TATE | CARR

ANDERSEN, TATE & CARR, P.C.
ONE SUGARLOAF CENTRE
1960 SATELLITE BOULEVARD, SUITE 4000
DULUTH, GEORGIA 30097
(770) 822-0900
FACSIMILE (770) 822-9680

THOMAS J. ANDERSEN
THOMAS T. TATE
KATHLEEN B. GUY
R. BRADLEY CARR
MICHAEL J. HAY
T. SCOTT DUNCAN
JAMES C. JOEDECKE, JR.
PATRICK J. McDONOUGH
DONALD L. SWIFT III
RENDER C. FREEMAN
R. MATTHEW REEVES
MATT S. SMITH
TRINITY HUNDREDMARK
EADAOIN WALLER

MARIAN C. ADEIMY
ROBERT D. THOMAS
GRAHAM K. BRANTLEY
TYLER A. DILLARD
KENNETH J. BENTLEY

jjoedecke@atclawfirm.com
www.atclawfirm.com

OF COUNSEL
ETHEL D. ANDERSEN
ELIZABETH CLACK-FREEMAN
MELODY GLOUTON
M. KATHLEEN HART

February 22, 2016

Honorable Judge Paul W. Bonapfel
United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

> Re:   Notice of Leave of Absence for James C. Joedecke, Jr.
> **March 24 – 30, 2016**
> **April 14 – 20, 2016**

Dear Judge Bonapfel:

James C. Joedecke, Jr. respectfully requests this court grant him leave of absence for the above dates. From March 24, 2016, up to and including March 30, 2016, and April 14, 2016, up to and including April 20, 2016, Applicant will be away from the practice of law for personal vacation.

The case listed below is to be protected by said leave of absence:

*Akbar Balubhai Ali and Anila S. Mamdani, Debtor*
**USBC for the Northern District of Georgia-Atlanta Div.;**
**CAFN: 15-61641 (Lead BK Case)   15-05383-pwb (Adversary Proceeding)**

Robert D. Thomas is the attorney to contact in case of emergency, during my time of absence. His contact information is rthomas@atclawfirm.com, 770-822-0900. Applicant further has given notice to all counsel of record in the case listed above of his intention for a leave of absence.

Sincerely,

Honorable Judge Paul W. Bonapfel
February 22, 2016
Page 2

                                              Andersen, Tate & Carr, P.C.

                                              /s/ James C. Joedecke, Jr.

JCJ:uk
cc:     Theodore N. Stapleton, Esq.

2576522_1